**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| GREG MERACHLYAN,<br>Plaintiff,<br>v.<br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, AND DOES 1 TO 20,<br>Defendants. | Case No. 2:25-CV-08916-WLH-AS<br>**JOINT JUDGMENT IN FAVOR OF DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY ON PLAINTIFF'S COMPLAINT** |

On or about June 22, 2026, Defendant Philadelphia Indemnity Insurance Company ("PIIC") filed its Motion for Summary Judgment. (Dkt. No. 16 ("Motion"). On August 3, 2026, the Court, on its own motion, took the hearing on the Motion set for August 14, 2026, off Calendar (Dkt. No. 20), pursuant to Federal Rule of Civil Procedure 78 and Local Rule 7-15, as the Court found the Motion appropriate for decision without oral argument. After considering the parties' submissions, the relevant law, and the record of this case, the Court issued its Order Granting the Motion on August 24, 2026. (Dkt. No. 21.)

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment on Plaintiff Greg Merachlyan's ("Plaintiff") First Cause of

Action for Breach of Contract is entered in favor of PIIC and against Plaintiff, dismissing the First Cause of Action with prejudice.

2. Judgment on Plaintiff's Second Cause of Action for Breach of the Covenant of Good Faith and Fair Dealing (Bad Faith) is entered in favor of PIIC and against Plaintiff, dismissing the Second Cause of Action with prejudice.

3. Judgment on Plaintiff's Third Cause of Action for Violation of California Business & Professions Code § 17200 (Unfair Competition Law) is entered in favor of PIIC and against Plaintiff, dismissing the Third Cause of Action with prejudice.

4. Judgment on Plaintiff's Fourth Cause of Action for Violation of California Insurance Code § 790.03 (Unfair Claims Practices Act) is entered in favor of PIIC and against Plaintiff, dismissing the Fourth Cause of Action with prejudice.

5. All dates and deadlines, including the Final Pretrial Conference on December 18, 2026, and the jury trial set for January 11, 2027, have been vacated.

6. Judgment is entered in favor of PIIC on Plaintiff's entire Complaint, dismissing the entire action with prejudice.

7. Plaintiff shall take nothing from PIIC by reason of its Complaint filed herein.

8. PIIC, as the prevailing part, may file an application for costs governed by Federal Rule of Civil Procedure 54 and the applicable local rules.

**IT IS SO ORDERED.**

Dated: September 08, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE